UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15-cv-275-FDW

| BRANDON MICHAEL PICKENS, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ROBERT LEWIS, et al., | ) | **AMENDED ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |

UPON MOTION of Plaintiff, (Doc. No. 93), for an enlargement of time within which to file a responsive pleading to the Motion for Summary Judgment by Defendants Beddingfield, Lancaster, Lewis, White, and Yearick, and for good cause shown,

Plaintiff's motion is **GRANTED**, and Plaintiff shall have sixty days from service of this order in which to file his response. (Doc. No. 93). To this extent, the Court's prior order dated November 17, 2017, (Doc. No. 95), is hereby amended.

No further extensions of time will be granted.

Signed: November 20, 2017

Frank D. Whitney
Chief United States District Judge