# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Brandon Michael Pickens**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:15-cv-00275-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Robert C. Lewis | ) | |
| R. Beddingfield | ) | |
| J. Rickman | ) | |
| Jennie Lancaster | ) | |
| Ken Yearick | ) | |
| Avery County | ) | |
| Susan White**,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 11, 2018 Order.

May 11, 2018

Frank G. Johns, Clerk
United States District Court